JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 21-05387-CJC (GJSx)   Date: December 22, 2022

Title: <u>GUSTAVO FLORES v. CITY OF LOS ANGELES, *et al.*</u>

PRESENT:

**<u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>**

<u>Rolls Royce Paschal</u>           <u>   N/A    </u>
Deputy Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                           None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

     In this case, Plaintiff Gustavo Flores brings claims under 42 U.S.C. § 1983 and related state law claims against Defendants City of Los Angeles and Los Angeles Police Chief Michel Moore "in connection with officers' unjustified assault and use of force" against Plaintiff by Doe officers of the Los Angeles Police Department. (Dkt. 1 [Complaint] ¶ 1.) Specifically, on May 31, 2020, Plaintiff's "foot was run over by an LAPD patrol cruiser during peaceful protests in downtown Los Angeles following the deadly arrest of George Floyd in Minneapolis." (*Id.* ¶ 27.)

     However, Plaintiff's counsel withdrew from representing him after it, not for the first time, could not contact him for months. (*See* Dkt. 58 [Order Granting Motion to Withdraw as Plaintiff's Counsel].) In granting counsel's motion to withdraw, the Court ordered counsel to serve on Plaintiff an order that Plaintiff "file a statement by December 16, 2022 confirming to the Court that he wishes to continue this case." (*Id.* at 5.) The Court stated that Plaintiff's failure to timely file such a statement would "result in dismissal of this case for failure to prosecute." (*Id.*)

     Counsel filed a proof of service showing that Plaintiff was personally served with the Court's order. Nevertheless, six days after the deadline, Plaintiff has not filed a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 21-05387-CJC (GJSx)            Date: December 22, 2022
Page 2

---

statement confirming that he wishes to continue prosecuting this case. Accordingly, the case is **DISMISSED** for failure to prosecute.

cbt

MINUTES FORM 11
CIVIL-GEN            Initials of Deputy Clerk RRP